UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EMELINE J. SMITH,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>　　　　　　Defendant. | CASE NO. 11-cv-05855 JRC<br><br>ORDER ON STIPULATED MOTION FOR EQUAL ACCESS TO JUSTICE ACT ATTORNEY'S FEES AND EXPENSES |

　　　　This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13 (*see also* Notice of Initial Assignment to a U.S. Magistrate Judge and Consent Form, ECF No. 5; Consent to Proceed Before a United States Magistrate Judge, ECF No. 9). This matter is before the Court on plaintiff's Stipulated Motion for Equal Access to Justice Act Fees and Expenses (*see* ECF No. 27).

　　　　Based on the Equal Access to Justice Act, 28 U.S.C. § 2412, (hereinafter "EAJA"), the Stipulation of the parties (ECF No. 27), and attorney Declaration and time and expense itemizations (ECF No. 28), it is hereby ORDERED that EAJA attorney's fees of $4,288.77 and

1  expenses in the amount of $17.37, shall be awarded to plaintiff pursuant to the EAJA and
2  consistent with *Astrue v. Ratliff*, 130 S.Ct. 2521, 2524, 2010 U.S. LEXIS 4763 at \*\*\*6-\*\*\*7
3  (2010).
4      If it is determined that plaintiff's EAJA fees are not subject to any offset allowed under
5  the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made
6  payable to Stephen A. Maddox, based on plaintiff's assignment of these amounts to plaintiff's
7  attorney (*see* Plaintiff's Declaration Regarding Net Worth and Payment of EAJA Fees, ECF No.
8  8). The same procedure applies for any remainder following any offset. Any check for EAJA
9  fees shall be mailed to plaintiff's counsel, Stephen A. Maddox, at 410-A South Capitol Way,
10 Olympia, Washington 98501.
11     Dated this 22nd day of August, 2012.

                                                                                      J. Richard Creatura
                                                                                      United States Magistrate Judge